UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

In re:                                                                                Case No. 8-10-77253-reg

                                                                                                                          Chapter 11

SUPREME CHICKEN INC.,

                                      Debtor.
_____X

**ORDER GRANTING EMERGENCY APPLICATION BY DEBTOR'S STATE COURT RECEIVER FOR (1) RELIEF FROM THE AUTOMATIC STAY IN CONNECTION WITH THE ACTION ENTITLED *IN RE: SUPREME CHICKEN*, UNDER CASE NO. 8-10-77253-REG, AND (2) EXCUSING THE RECEIVER FROM THE OBLIGATION TO TURNOVER ANY POSSESSION, RENTS AND PROFITS TO BE COLLECTED BY HIM IN HIS CAPACITY AS RECEIVER**

Upon consideration of the Emergency Application of Jay A. Berman (the "Receiver") seeking (1) relief from the automatic stay in connection with the action entitled *In Re: Supreme Chicken*, under case no. 8-10-77253-reg, (B) excusing the Receiver from the obligation to turnover possession, any rents and profits to be collected by him in his capacity as Receiver, it is hereby

**ORDERED,** that pending a determination of the motion the Receiver shall be granted interim relief from the automatic stay and be permitted to continue his duties as Receiver pursuant to the Supreme Court, Kings County Order of Appointment dated July 13, 2009; and it is further

**ORDERED,** that pending a determination of the motion the Receiver shall be excused from the obligation to turnover any possession, rents and profits to be collected by him in his capacity as Receiver; and it is further

**ORDERED,** that an expedited hearing on the continuance of the excusal of the Receiver from turnover of any possession, rents and profits and for vacatur of the automatic stay and other relief granted herein shall be scheduled for October _____, 2010 at _____.in the United States Bankruptcy Court for the Eastern District of New York (Central Islip) in Courtroom _____; and it is further

**ORDERED,** that service of this order shall be made via facsimile or Federal Express upon (a) the Office of the U.S. Trustee; (b) Scott Markowitz, Tarter Krinsky & Drogin LLP, attorney for the Debtor and (c) all other creditors; and it is further

**ORDERED,** that the any objections to the Motion shall be considered at the hearing; and it is further

ENTER

_____
United States Bankruptcy Court Judge